UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR512-017 |
| | ) | |
| v. | ) | |
| | ) | |
| WADE J. VICKERS | ) | |

## PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

Before the Court is the Government's Motion for Preliminary Order of Forfeiture for Substitute Asset pursuant to Federal Rule of Criminal Procedure 32.2(e) and 21 U.S.C. § 853(p), in the above-styled criminal action. After having read and considered the motion, the Court finds good cause to enter a Preliminary Order of Forfeiture for substitute property consisting of $3,904.13 seized from the Federal Bureau of Prisons Trust Account No. 17850-021, held in the name of Wade J. Vickers ("Subject Property"), in partial satisfaction of Defendant's Forfeiture Money Judgment that presently has an outstanding balance of $65,000.00, and therefore:

IT IS HEREBY ORDERED and ADJUDGED that a Preliminary Order of Forfeiture for Substitute Asset is now entered, pursuant to 21 U.S.C. § 853(p) and Federal Rules of Criminal Procedure 32.2(b)(2) and (e)(1)(B), as to the Subject Property, as substitute property of Defendant, in partial satisfaction of Defendant's outstanding Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the Subject Property is hereby credited towards the Forfeiture Money Judgment previously imposed in the Final Order of

Forfeiture as representing the approximate substitute value of the real property identified as subject to forfeiture as facilitating property in the Superseding Indictment, and following entry of this Order, Defendant now has an outstanding balance remaining and owed to the United States the sum of $61,095.87.

IT IS FURTHER ORDERED that the Government is authorized to seize the Subject Property, and to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order;

IT IS FURTHER ORDERED, that it shall be the responsibility of the Government to notify all interested parties of their right to file a claim asserting legal right, title or interest in all property subject to this Order pursuant to section 853(n);

IT IS FURTHER ORDERED that the Government shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

SO ORDERED this 29th day of Oct., 2018.

_____
HON. WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA