FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 MAR 19 PM 12:01
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
vs. )
) 5:12CR00017-1
)
WADE J. VICKERS )

## ORDER

Before the Court is defendant Wade J. Vickers' motion for early termination of supervised release, Document 73. On March 6, 2014, the defendant was sentenced by the Honorable William T. Moore, Jr., for the offense of manufacturing 50 or more marihuana plants (lesser included offense), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), to forty-six (46) months imprisonment to be followed by five (5) years supervised release; $100 special assessment; and $5000 fine. On March 16, 2015, the Court reduced the imprisonment portion of the sentence imposed to thirty-seven (37) months, pursuant to 18 U.S.C. § 3582(c)(2), effective November 1, 2015. The defendant was released from custody on November 4, 2016.

The defendant has completed slightly more than forty (40) months of his sixty (60) month term of supervised release and has posed no problems while under supervision. He has complied with the terms and conditions of his supervised release. The

defendant has paid his special assessment as well as the fine penalty in full; however, he still owes a substantial amount in forfeiture monies. The defendant is required to pay $90,000 in lieu of the forfeiture of personal property and, as of his motion for early termination of supervised release, he had an outstanding balance of $61,095.87.

Accordingly, due to the unsatisfied forfeiture amount, the Court **DENIES** the defendant's motion for early termination of supervised release.

SO ORDERED this 19th day of March 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA