IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR512-017 |
| ) | |
| WADE J. VICKERS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Defendant Wade J. Vickers's Motion to Terminate Supervised Release. (Doc. 77.) The Government, after consultation with the United States Probation Office, does not object to Defendant's motion. (Doc. 78.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. After careful consideration of the record in this case, the Court "is satisfied that [termination] is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). As a result, Defendant's motion (Doc. 77) is **GRANTED** and his term of supervised release is terminated.

SO ORDERED this 4th day of March 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA